# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 369TH DISTRICT COURT OF ANDERSON COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 20th day of September, 2017, the cause upon appeal to revise or reverse your judgment between

**BRINDA REDWINE D/B/A TEXAS WORKING DOGS, Appellant**

**NO. 12-16-00123-CV; Trial Court No. 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**

Opinion by Greg Neeley, Justice.

**BRIAN PECKINPAUGH D/B/A MONSTER MALAKS/NATURAL BORN GUARDIANS,**
**Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came on to be heard on the oral arguments, appellate record and the briefs filed herein; and the same being inspected, it is the opinion of the Court that there was error in the judgment regarding exemplary damages awarded to Brian Peckinpaugh d/b/a Monster Malaks/Natural Born Guardians as entered by the trial court below and that the same should be **reversed** and judgment **rendered** that Brian Peckingpaugh d/b/a Monster Malaks/Natural Born Guardians takes nothing in exemplary damages, and that a portion of the trial court's judgment should be **modified and, as modified,** is **affirmed**.

It is therefore ORDERED, ADJUDGED and DECREED that the trial court's judgment below be **reversed** insofar as it awards exemplary damages to Brian Peckinpaugh d/b/a Monster Malaks/Natural Born Guardians and judgment **rendered** that Brian Peckinpaugh d/b/a Monster Malaks/Natural Born Guardians takes nothing in exemplary damages; that Paragraph 3 of the trial court's judgment be **modified** by **deleting** the award of prejudgment interest "in the sum of $81,750.00 (Eighty One Thousand Seven Hundred Fifty and No/100 Dollars)" and **replacing** it with an award of prejudgment interest "in the amount of $41,846.00 (FORTY-ONE THOUSAND EIGHT HUNDRED FORTY-SIX AND NO/100 DOLLARS);" the remainder of the trial court's judgment **is affirmed as modified**; and that this decision be certified to the trial court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 1st day of December, 2017.

PAM ESTES, CLERK

By: *Katrina McClenny*
　　Chief Deputy Clerk